NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DARREN L. DEFLANDERS,**

*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2024-2250

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 21-6124, Senior Judge Mary J. Schoelen.

---

**ON MOTION**

---

Before REYNA, LINN, and STOLL, *Circuit Judges.*

PER CURIAM.

## O R D E R

In response to the court's September 17, 2024 show cause order, the Secretary of Veterans Affairs urges dismissal. Darren L. DeFlanders has not filed a response.

Mr. DeFlanders filed a document construed as a notice of appeal from two proceedings before the United States Court of Appeals for Veterans Claims:  No. 23-9002A and No. 21-2124.  As for the former, relating to a complaint of judicial misconduct before that court, we lack jurisdiction. *See* 38 U.S.C. § 7253; 28 U.S.C. § 357(c) ("[A]ll orders and determinations, including denials of petitions for review, shall be final and conclusive and shall not be judicially reviewable on appeal or otherwise.").

As for the latter, judgment was entered on March 14, 2024, and the court does not appear to have received Mr. DeFlanders's notice of appeal until July 30, 2024 (Mr. DeFlanders has not identified any earlier notice of appeal from that proceeding).  To be timely, a notice of appeal must ordinarily be received within 60 days of entry of that court's judgment.  Because Mr. DeFlanders's appeal is untimely, we lack jurisdiction and therefore must dismiss. *See* 38 U.S.C. § 7292(a); 28 U.S.C. § 2107(b); Fed. R. App. P. 4(a)(1)(B); Fed. Cir. R. 1(a)(1)(D); *Wagner v. Shinseki*, 733 F.3d 1343, 1348 (Fed. Cir. 2013); *see also Henderson v. Shinseki*, 562 U.S. 428, 438–39 (2011).

Accordingly,

IT IS ORDERED THAT:

(1) The appeal is dismissed for lack of jurisdiction.

(2) All pending motions are denied.

DEFLANDERS v. MCDONOUGH                                          3

(3) Each party shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

November 20, 2024
Date